**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| O.P.A.M.,<br><br>Petitioner,<br><br>v.<br><br>MINGA WOFFORD, et al.,<br><br>Respondents. | Case No. 1:25-cv-01423-JLT-SAB (HC)<br><br>ORDER GRANTING THE PETITION FOR WRIT OF HABEAS CORPUS<br><br>(Doc. 1) |

On October 25, 2025, Petitioner filed a petition for writ of habeas corpus and motion for temporary restraining order. (Docs. 1, 2.) On October 30, 2025, Respondents filed an opposition to the motion. (Doc. 11.) On November 7, 2025, the Court converted the TRO into a preliminary injunction, granted the preliminary injunction, ordered Respondents to immediately release Petitioner from custody, and set a briefing schedule for the merits of the habeas petition. (Doc. 13.) In compliance with this Court's findings, O.P.A.M. was released from custody. (Doc. 14 at 4.) On November 27, 2025, Petitioner filed a brief in support of his petition for habeas corpus. (Doc. 14.) On December 18, 2025, Respondents filed an opposition to the habeas petition based on their previous filed pleading. (Doc. 15.) On January 22, 2026, Petitioner filed a reply. (Doc. 16.)

Pursuant to *Rodriguez Vazquez v. Bostock*, 2026 WL 2196424 (9th Cir. July 30, 2026) and for the reasons set forth in the Court's order granting the temporary restraining order and the

preliminary injunction, (Doc. 13), the Court **ORDERS**:

1. The petition for writ of habeas corpus (Doc. 1) is **GRANTED**.
2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: _August 19, 2026_

UNITED STATES DISTRICT JUDGE